# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Lissa Ann Franks<br><br>Plaintiff(s),<br><br>vs.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>1:20-cv-00299-KDB |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2021 Order.

November 12, 2021

Frank G. Johns, Clerk
United States District Court